### Prince Johnson v. The State.

No. 9404.  Delivered November 4, 1925.

**Manslaughter—No Statement of Facts—No Bills of Exception.**

Where a record contains neither a statement of facts, nor a bill of exception, and the indictment appears regular, the cause must be affirmed, and it is so ordered in this case.

Appeal from the District Court of Walker County. Tried below before the Hon. Carl T. Harper, Judge.

Appeal from a conviction of manslaughter, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The offense is manslaughter; punishment fixed at confinement in the penitentiary for a period of five years.

The indictment appears regular.  The record is before us without statement of facts or bills of exception.  No fundamental error has been perceived.

The judgment is affirmed.

*Affirmed.*